UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MAHER GHAZOOL | § | CIVIL ACTION NO: |
| | § | |
| *Plaintiff* | § | 2:16-cv-16625-SSV-MBN |
| | § | |
| v. | § | |
| | § | JUDGE SARAH S, VANCE |
| GENERAL MOTORS LLC | § | |
| | § | MAG JUDGE MICHAEL B. NORTH |
| | § | |
| *Defendants* | § | JURY TRIAL REQUESTED |

### NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES COURT:

    Plaintiff, **MAHER GHAZOOL**, and Defendant**, GENERAL MOTORS LLC**, have reached a settlement in this matter. Plaintiff and Defendant will submit an agreed motion of dismissal with prejudice within 60 days.

                                                        RESPECTFULLY SUBMITTED:

                                                        BY:/s/ *Richard C. Dalton*
                                                        Richard C. Dalton
                                                        Texas Bar No. 24033539
                                                        Louisiana Bar No. 23017
                                                        California Bar No. 268598
                                                        1343 West Causeway Approach
                                                        Mandeville, Louisiana 70471
                                                        E-mail: rdalton746@aol.com
                                                        Tel. (985) 778-2215
                                                        Fax: (985) 778-2233

                                                        ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2017, I electronically filed this document through the CM/ECF system, which will send a notice of electronic filing to all parties through their attorney of record on file with the court.

_____*Richard C. Dalton*_____
RICHARD C. DALTON