UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MAHER GHAZOOL | * | CIVIL ACTION NO. 2:16-cv-16625 |
| | * | |
| Plaintiff | * | HON. JUDGE SARAH S. VANCE |
| | * | |
| v. | * | HON. MAG. JUDGE MICHAEL NORTH |
| | * | |
| GENERAL MOTORS LLC | * | JURY TRIAL REQUESTED |
| | * | |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, **MAHER GHAZOOL,** and defendant, **GENERAL MOTORS LLC,** who, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and upon suggesting to the Court that the parties have amicably resolved all claims in this litigation, hereby stipulate to the dismissal of this lawsuit, with prejudice, and at each party's own cost.

|  |  |
|---|---|
| */s/ Richard C. Dalton* | **BERNARD, CASSISA, ELLIOTT & DAVIS**<br>A Professional Law Corporation |
| **RICHARD C. DALTON (#23017)** | By:   */s/ Margaret A. Cassisa* |
| 1343 West Causeway Approach | **MARGARET A. CASSISA (#26843)** |
| Mandeville, LA 70471 | 3838 N. Causeway Blvd., Suite 3050 |
| Phone: (985) 778-2215 | Metairie, LA 70002 |
| Fax: (985) 778-2233 | Phone: (504) 834-2612 |
| Email: rdalton746@aol.com | Fax: (504) 838-9438 |
| ATTORNEY FOR PLAINTIFF, | Email: cassisam@bcedlaw.com |
| MAHER GHAZOOL | ATTORNEY FOR DEFENDANT, |
| | GENERAL MOTORS LLC |

### CERTIFICATE OF SERVICE

I certify that on the 8th day of May, 2017, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel

of record by operation of the Court's CM/ECF system.

*/s/ Margaret A. Cassisa*